**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

|  |  |
|---|---|
| IN RE:<br><br>**MADELYNE CEDENO CRESPO**<br>**dba LA CARRETA BAR & GRILL**<br>**EFRAIN ORENGO RUIZ**<br>**aka EFRAIN ORENGO**<br><br>xxx–xx–9026<br>xxx–xx–7772<br><br>Debtor(s) | Case No. **15–01765 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 2/9/16 |

***ORDER***

DEBTORS"s objection to claim #5–1 filed by DEPARTMENT OF TREASURY (docket entry #79), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Tuesday, February 9, 2016 .

Edward A. Godoy
United States Bankruptcy Judge